## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00386(1)-ADA |
| | § | |
| (1) DARLING NOE VASQUEZ-ORELLANA | § | |

### ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 2, 2025, wherein the defendant (1) DARLING NOE VASQUEZ-ORELLANA waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) DARLING NOE VASQUEZ-ORELLANA to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) DARLING NOE VASQUEZ-ORELLANA's plea of guilty to Count One (1) is accepted.

    Signed this 24th day of September, 2025.

                                                               ALAN D ALBRIGHT
                                                              UNITED STATES DISTRICT JUDGE